THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WALTER BOJANOWSKI, Appellant.

(Argued October 20, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Supreme Court rendered February 15, 1919, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Percy S. Lansdowne* and *Joseph S. Kaszuboswki* for appellant.

*Guy B. Moore* for respondent.

Judgment of conviction affirmed under provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.